UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SoundExchange, Inc.

INDEX NO.: 13-1290 (GK)

V.                                              *Plaintiff*

Sirius XM Radio Inc.

                                                *Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **8/28/2013** at **11:47 AM** at **1221 Avenue of the Americas, 36th Floor, New York , NY 10020**

deponent served a(n) **Summons in a Civil Action and Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge**

on **Sirius XM Radio Inc.** , a domestic corporation,

by delivering thereat a true copy of each to **Denise Flemm** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin :  White
Hair : Blonde
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other : Glasses

Sworn to before me this
29th day of August, 2013

-----------------------------------------
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2016

_____
Nicholas DiCanio
License No.1422308