UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUNDEXCHANGE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIRIUS XM RADIO INC., )<br>)<br>Defendant. ) | Case No. 1:13 cv 1290 (RJL)<br><br>**FILED**<br><br>AUG 2 6 2014<br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, it is this 25th day of August, 2014, hereby

**ORDERED** that the plaintiff's motion to dismiss, or, in the alternative, stay [Dkt. #13] is **GRANTED**; it is further

**ORDERED** that the case is **STAYED** pending decision by the Copyright Royalty Board.

_____
RICHARD L. LEON
United States District Judge