**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **SOUNDEXCHANGE, INC.**, | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| v. | ) | Case No. 1:13 cv 1290 (RJL) |
| **Sirius XM, Inc.,** | ) | |
| | ) | |
| **Defendant**. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Michael B. DeSanctis as counsel for Plaintiff SoundExchange, Inc. ("SoundExchange"). Mr. DeSanctis is no longer with Jenner & Block LLP. Joshua M. Segal, a Jenner & Block attorney, has an appearance on file and will continue to represent SoundExchange in this matter.

Dated: October 19, 2016                                 Respectfully submitted,


/s/ C. Colin Rushing                     /s/ Joshua M. Segal
C. Colin Rushing                         Joshua M. Segal
SoundExchange, Inc.                      JENNER & BLOCK LLP
733 10th St. NW                          1099 New York Avenue NW
Washington, D.C. 20001                   Washington, D.C. 20001
(202) 640-5858                           (202) 639-6089
                                         (202) 639-6066 (fax)
                                         jsegal@jenner.com
                                         *Counsel for SoundExchange, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on October 19, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia via the CM/ECF system, which shall send notice to all counsel of record.

                   /s/ Joshua M. Segal
                   Joshua M. Segal