# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUNDEXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | Civil Action No. 1:13-cv-1290 (RJL) |

## PLAINTIFF SOUNDEXCHANGE, INC.'S
## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff SoundExchange, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action against Defendant Sirius XM Radio, Inc. with prejudice. Sirius XM Radio, Inc. has neither answered Plaintiff's Complaint nor filed a motion for summary judgment, and dismissal under Rule 41(a)(1) is therefore appropriate. The parties filed a stipulation of dismissal with the United States Court of Appeals for the District of Columbia for the claims in this action that were pending before that Court. *See* Joint Stipulation of Voluntary Dismissal, *SoundExchange Inc. v. Copyright Royalty Board* (D.C. Cir. July 9, 2018) (No. 17-1277, 17-1278).

Date: July 9, 2018                                                  Respectfully submitted,

/s/ *Previn Warren*
David A. Handzo (D.C. Bar # 384023)
Previn Warren (D.C. Bar # 1022447)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
dhandzo@jenner.com
pwarren@jenner.com
(202) 639-6000
*Counsel for Plaintiff SoundExchange, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2018, the foregoing Notice of Voluntary Dismissal was filed using the CM/ECF system, which shall send notice to all counsel of record.

/s/ Previn Warren
Previn Warren (D.C. Bar # 1022447)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
dhandzo@jenner.com
pwarren@jenner.com
(202) 639-6000
*Counsel for Plaintiff SoundExchange, Inc.*